# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAJI HAMISI TEICHMANN,<br><br>                Petitioner,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>                Respondents. | Case No. 5:26-CV-00390-MWC-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS ORDERED that: (1) Judgment be entered denying the petition for writ of habeas corpus and (2) the case is dismissed with prejudice.

Dated: _____5/12/26_____        _____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE