JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAJI HAMISI TEICHMANN,<br><br>                      Petitioner,<br><br>          v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>                      Respondents. | Case No. 5:26-CV-00390-MWC-MBK<br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed with prejudice.


Dated: ___5/12/26_____       _____

                                    HON. MICHELLE WILLIAMS COURT
                                    UNITED STATES DISTRICT JUDGE